94774-1

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.

ELLEN WILLIAMS,

    Plaintiff,

vs.

HOLIDAY CVS, L.L.C.,

    Defendant.

_____/

**DEFENDANT HOLIDAY CVS, L.L.C.'S**
**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant, HOLIDAY CVS, L.L.C. (CVS), hereby removes the above-styled action from the Sixth Judicial Circuit in and for Pasco County, Florida to the United States District Court for the Middle District, Tampa Division, on the basis of diversity jurisdiction. In support of removal, the Defendant states as follows:

    1.    CVS was named as the Defendant in a civil action brought in the Sixth Judicial Circuit in and for Pasco County, styled *Ellen Williams, Plaintiff, v. Holiday CVS, L.L.C., Defendant*, Case No. 19-CA-3808. A true and correct copy of all process and pleadings served upon CVS is attached hereto as Composite Exhibit 1 in compliance with 28 U.S.C. Section 1447(b).

    2.    This action involves Plaintiff, ELLEN WILLIAMS' alleged personal injuries sustained as a result of an alleged incident at the CVS store located at 11938 US-19 in Port Richey, Pasco County, Florida on September 5, 2018. Exhibit 1, page 5 at paragraph 7.

3. CVS was served with ELLEN WILLIAMS' Complaint January 6, 2020. Exhibit 1, page 1.

4. CVS filed this Notice of Removal within thirty days of service. Accordingly, this Notice of Removal is timely. 28. U.S.C. § 1446(b).

5. No further state court pleadings in this litigation have taken place as of the date of this Notice.

6. This is a civil action over which this Court has diversity jurisdiction pursuant to 28 U.S.C. Section 1332. A defendant may remove a state court proceeding to federal court if: (1) the amount in controversy exceeds $75,000, exclusive of interest and costs and (2) the action is between citizens of different states.

7. Although the Complaint sets forth the minimal jurisdictional allegations necessary to invoke the jurisdiction of the state trial court, ELLEN WILLIAMS issued a pre-suit demand for $100,000.00, which demonstrates the amount in controversy exceeds the amount necessary to invoke the jurisdiction of the District Court. See attached Exhibit 2 – plaintiff's demand letter dated October 3, 2019. Therefore, Defendant has met its burden in establishing the amount in controversy requirement. *See Archer v. Kelly*, 271 F.Supp.2d 1320, 1322 (N.D. Okla. 2003)(holding the plaintiff's demand letter alleging damages of $1,325,000 was sufficient to establish that plaintiff's claim exceeded amount in controversy requirement necessary to exercise diversity jurisdiction); *Molina v. Wal-Mart Stores Tx.*, 535 F.Supp.2d 805, 806 (W.D. Tex. 2008)(holding customer's pre-suit demand letter alleging damages of $100,000, was sufficient to establish an amount in controversy exceeding $75,000); *see also Scott v. Home Depot U.S.A., Inc.*, 2012 WL 86986, *2 (Fla. S.D. 2012) (stating "a defendant may introduce its own affidavits,

declarations or other documentation" to meet its burden to show that the amount in controversy exceeds $75,000).

8. Plaintiff ELLEN WILLIAMS is a citizen of the State of Florida, with her residence located in Port Richey, Florida. See Exhibit 1 – plaintiff's Complaint at paragraph 2 *See McCormick v. Aderholt*, 293 F.3d 1254, 1257 (11th Cir. 2002) (explaining "[c]itizenship is the equivalent to domicile for purposes of diversity jurisdiction").

9. Further, Defendant, CVS is a single member LLC, its sole managing member being CVS Pharmacy, Inc. which is a corporation incorporated under the laws of the State of Rhode Island with its principal place of business in Woonsocket, Rhode Island. Exhibit 3 – 2019 Annual Report filed with the Florida Division of Corporations. The citizenship of an LLC is determined by the citizenship of its members for diversity purposes. Consequently, CVS is a citizen and resident of Rhode Island. 28 U.S.C. § 1332(c)(1) ("[A] corporation shall be deemed to be a citizen of any State by which it has been incorporated and the State where it has its principal place of business.").

10. Accordingly, this Court has diversity jurisdiction pursuant to 28 U.S.C. Section 1332 because the amount in controversy exceeds $75,000, exclusive of interest and costs, and the action is between ELLEN WILLIAMS, a citizen of Florida, and Defendant, HOLIDAY CVS, L.L.C., a citizen of Rhode Island based upon the citizenship of its sole member, CVS Pharmacy, Inc. Removal to this Court is therefore proper pursuant to 28 U.S.C. Section 1441.

11. Pursuant to the procedural requirements for removal set forth in 28 U.S.C. Section 1446(d), CVS will file a Notice of Removal with the Clerk of Court for the Sixth Judicial Circuit in and for Pasco County, Florida and will provide written notice of this Notice of Removal to all parties via e-service. A Copy of the Notice of Filing is attached as Exhibit 4.

WHEREFORE, Defendant HOLIDAY CVS, L.L.C. respectfully requests that the above action now pending in the Sixth Judicial Circuit in and for Pasco County, Florida be removed therefrom to this Honorable Court because the citizenship of the parties is diverse and the amount in controversy exceeds the sum of seventy-five thousand dollars.

Dated:  1/23/2020

> Respectfully submitted,
>
> _/s/Nichole M. Koford_
> Erin M. Diaz, Esquire (673005)
> Nichole M. Koford, Esquire (55429)
> WICKER SMITH O'HARA MCCOY & FORD, P.A.
> 100 N. Tampa St., Suite 1800
> Tampa, FL 33602
> Phone: (813) 222-3939
> Fax: (813) 222-3938
> tpacrtpleadings@wickersmith.com
> Attorneys for Holiday CVS LLC - Store 03217

- 5 -

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on January 23, 2020, and the foregoing document is being served this day on all counsel or parties of record on the Service List below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

                        */s/Nichole M. Koford*
                        Nichole M. Koford, Esquire

## SERVICE LIST

Jonathan I. Rotstein, Esquire
Law Offices of Rotstein & Shiffman, LLP
VIA EMAIL: jonrot1@yahoo.com
309 Oakridge Blvd., Suite B
Daytona Beach, FL  32118
Telephone:     (386) 947-7296
Facsimile:     (386) 238-6999
s.carter@rotstein-shiffman.com
l.bonner@rotstein-shiffman.com
t.dallarosa@rotstein-shiffman.com