**CT Corporation**

**Service of Process Transmittal**
01/06/2020
CT Log Number 536920341

TO: SERVICEOF PROCESS
CVS Health Companies
1 CVS DR MAIL CODE 1160
WOONSOCKET, RI 02895-6146

RE: **Process Served in Florida**

FOR: Holiday CVS, L.L.C. (Domestic State: FL)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | ELLEN WILLIAMS, Pltf. vs. HOLIDAY CVS, L.L.C., Dft. |
| DOCUMENT(S) SERVED: | Summons, Complaint |
| COURT/AGENCY: | PASCO COUNTY - 6TH JUDICIAL CIRCUIT, FL<br>Case # 2019CA003808CAAXWS |
| NATURE OF ACTION: | Personal Injury - Failure to Maintain Premises in a Safe Condition - 09/05/2018 |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Plantation, FL |
| DATE AND HOUR OF SERVICE: | By Process Server on 01/06/2020 at 10:21 |
| JURISDICTION SERVED: | Florida |
| APPEARANCE OR ANSWER DUE: | Within 20 days after service of this Summons, exclusive of the day of service |
| ATTORNEY(S) / SENDER(S): | Jonathan I. Rotstein<br>Law Office of Rotstein & Shiffinan, LLP<br>309 Oakridge Blvd., Ste. B<br>Daytona Beach, FL 32118<br>386-252-5560 |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 01/06/2020, Expected Purge Date: 01/11/2020<br><br>Image SOP<br><br>Email Notification, SERVICEOF PROCESS service_of_process@cvs.com |
| SIGNED:<br>ADDRESS: | C T Corporation System<br>155 Federal St Ste 700<br>Boston, MA 02110-1727 |
| For Questions: | 800-448-5350<br>MajorAccountTeam1@wolterskluwer.com |

Page 1 of 1 / AK

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

IN THE CIRCUIT COURT, SIXTH
JUDICIAL CIRCUIT, IN AND FOR
PASCO COUNTY, FLORIDA

CASE NO.: 2019-CA-003808 CAAX WS

ELLEN WILLIAMS,

    Plaintiff,

v.

HOLIDAY CVS, L.L.C.,

    Defendant.

_____/

DATE: 1/6/2020
HOUR: 0948
DEPUTY SHERIFF:

## SUMMONS

THE STATE OF FLORIDA
To the Sheriff of the State:

YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on Defendant:

**HOLIDAY CVS, L.L.C.
C/O CT CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324**

Each defendant is required to serve written defenses to the Complaint or Petition on Jonathan Rotstein, Esquire, 309 Oakridge Blvd., Ste. B, Daytona Beach, FL 32118, the attorney for the Plaintiff, within 20 days after service of this summons on that defendant, exclusive of the date of serve and to file the original of the defenses with the clerk of the court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED this _____ day of _____ DEC 2 6 2019 , 20___.

CLERK OF THE COURT

BY: _____/s/ Cathryn Firn____
As Deputy Clerk

**ADDRESS OF THE CLERK OF COURT**:
Circuit Court Pasco County
West Pasco Judicial Center
7530 Little Road
New Port Richey, FL  34654

**IMPORTANTE**

Usted ha sido demandada legalmente, Tiene veinte (20) dias, contados a partir del recidbo de esta notification, para contestar la demanda adjunto, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, includyendo el numero del caso y los nombres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado immediatament. Si no conoce a un abogoado, puede llamar a una de las oficinas de asistencia legal que aparencen en la guia telefonica.  Si desca reponder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante al tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney." (Demandate O Abogoado del Demanadante).

**IMPORTANT**

Des poursuites judiciaries ont ete entreprises contre vous.  Vous avez 20 jours consecutifts a apartir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est infuffisant pour vous proteger; vous estes oblige de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees isi, si vous souhaitez que le Tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur de Tribunal. Il y a d'autres obligations juridiques et vous pouvez reqerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Court Administration at Pasco County Courthouse, 7530 Little Road, New Port Richey, FL  34656. Telephone No. (727-847-8176) within two (2) working days of your receipt of this document. If hearing or voice impaired, call 1-800-955-8771.

IN THE CIRCUIT COURT, SIXTH
JUDICIAL CIRCUIT IN AND FOR
PASCO COUNTY, FLORIDA

CASE NO.:

ELLEN WILLIAMS,

    Plaintiff,

v.

HOLIDAY CVS, L.L.C.,

    Defendant.

_____/

DATE: 1/16/2020
HOUR: 0948
DEPUTY SHERIFF:

## PLAINTIFF'S ORIGINAL COMPLAINT

COMES NOW, the Plaintiff ELLEN WILLIAMS by and through the undersigned attorney, Jonathan I. Rotstein, Esquire, and pursuant to Florida Rules of Civil Procedure 1.190, and hereby files this Complaint against Defendant HOLIDAY CVS, L.L.C. and in support thereof states and alleges as follows:

### FACTS

1. This is an action for damages that exceed Fifteen Thousand Dollars ($15,000.00).

2. At all times material hereto, Plaintiff, ELLEN WILLIAMS was a resident of Port Richey, Pasco County, Florida and is over the age of twenty-one (21).

3. At all times material hereto, Defendant HOLIDAY CVS, L.L.C. was a Foreign Limited Liability Company authorized and licensed to conduct business in Port Richey, Pasco County, Florida by the Secretary of State and does conduct said business in Pasco County, Florida.

4. The accident which is the subject matter of this litigation occurred in Port Richey, Pasco County, Florida.

5. This Honorable Court has jurisdiction over this lawsuit in that the accident, which is the basis of this lawsuit took place in Pasco County, Florida, and that this action for money damages

for the Plaintiff ELLEN WILLIAMS exceeds Fifteen Thousand Dollars ($15,000.00) against Defendant HOLIDAY CVS, L.L.C.

## NEGLIGENCE AGAINST DEFENDANT HOLIDAY CVS, L.L.C.

6. Plaintiff, ELLEN WILLIAMS is entitled to relief against Defendant HOLIDAY CVS, L.L.C. based upon the following facts:

    (a)    Plaintiff realleges and reavers each and every allegation contained in paragraphs 1 through 5 above as though stated herein.

7. On or about September 5, 2018, Plaintiff ELLEN WILLIAMS was a business invitee at CVS Pharmacy and lawfully upon the premises of the Defendant's business located at 11938 US-19 in Port Richey, Pasco County, Florida.

8. At the aforesaid time and place, as the Plaintiff was walking down the greeting card isle when she lost her balance and fell into a metal rack containing bottles of wine that was placed in the isle. A bottle of wine fell from the rack and hit Plaintiff in the head, causing serious and permanent physical injury to Plaintiff.

9. At the aforesaid time and place, the Defendant owned, used, possessed, and/or held a mortgage or other lien on the property where the Plaintiff was injured.

10. That at all times material hereto, Defendant, HOLIDAY CVS, L.L.C., acted by and through its employees, servants, and/or agents, who at all times material hereto, acted within the course and scope of their employment with Defendant.

11. Defendant, HOLIDAY CVS, L.L.C., had a duty to use reasonable care to maintain the premises in a reasonably safe condition.

12. Defendant, HOLIDAY CVS, L.L.C., had a duty to warn Plaintiff of concealed perils which are or should be known to Defendant and which were unknown to Plaintiff and could not be discovered by Plaintiff through the exercise of due care.

13. That at the aforesaid time and place, Defendant breached its duty of care by:

   a) failing to maintain the premises in a reasonably safe condition;

   b) failing to warn Plaintiff of a concealed peril that was known to Defendant and that was unknown to Plaintiff and could not have been discovered by Plaintiff through the exercise of due care; and

   c) failing to warn the Plaintiff of a concealed peril that should have been known to Defendant and was unknown to Plaintiff and could not have been discovered by Plaintiff through the exercise of due care.

14. At the aforesaid time and place, Defendant failed to maintain the premises in a reasonably safe condition by providing Plaintiff with a walkway that contained a metal wine rack and was unfit to be used as a walkway, Defendant knew that the walkway provided to Plaintiff contained a metal wine rack and failed to warn Plaintiff that the walkway was unfit to be used as a walkway, and/or Defendant should have known that the walkway contained a metal wine rack and failed to warn Plaintiff that the walkway was unfit to be used as a walkway.

15. That as a direct and proximate result of the aforedescribed careless, wrongful and negligent acts of the Defendant HOLIDAY CVS, L.L.C., Plaintiff ELLEN WILLIAMS has been permanently and seriously injured and bruised in and about her head and neck, joints and limbs, suffering physical pain and suffering in the past and indefinitely into the future, suffering mental pain in the past and indefinitely into the future, losing the capacity for the enjoyment of life in the past and indefinitely into the future, incurring medical and hospital bills for her care and treatment in the past and into the indefinite future and aggravation of a pre-existing injury; all in an amount exceeding Fifteen Thousand Dollars ($15,000.00), against the Defendant.

WHEREFORE, Plaintiff ELLEN WILLIAMS demands judgment for damages and costs in an amount exceeding Fifteen Thousand Dollars ($15,000.00), against Defendant, HOLIDAY CVS, L.L.C. plus costs of the court and trial by jury.

## COUNT TWO
## RESPONDEAT SUPERIOR AGAINST DEFENDANT

16. Plaintiff is entitled to relief against Defendant, HOLIDAY CVS, L.L.C., based upon the following facts:

    a. Plaintiff realleges and reavers each and every allegation contained in paragraphs 1 through 5 above as though stated herein.

17. On or about September 5, 2018, Plaintiff ELLEN WILLIAMS was a business invitee at CVS Pharmacy and lawfully upon the premises of the Defendant's business located at 11938 US-19 in Port Richey, Pasco County, Florida.

18. At the aforesaid time and place, as the Plaintiff was walking down the greeting card isle when she lost her balance and fell into a metal rack containing bottles of wine that was placed in the isle. A bottle of wine fell from the rack and hit Plaintiff in the head, causing serious and permanent physical injury to Plaintiff.

19. At the aforesaid time and place, the Defendant owned, used, possessed, and/or held a mortgage or other lien on the property where the Plaintiff was injured.

20. That at all times material hereto, Defendant, HOLIDAY CVS, L.L.C., acted by and through its employees, servants, and/or agents who acted within the course and scope of their employment with Defendant.

21. That an employee of the Defendant failed to watch out for patrons when leaving a metal rack in a main isle of the store.

4

22. That Defendant is vicariously liable for the negligent acts of its employee committed within the scope of his or her employment.

23. That as a direct and proximate result of the aforedescribed careless, wrongful and negligent acts of the Defendant, HOLIDAY CVS, L.L.C., Plaintiff ELLEN WILLIAMS has been permanently and seriously injured and bruised in and about her neck and head, joints and limbs, suffering physical pain and suffering in the past and indefinitely into the future, suffering mental pain in the past and indefinitely into the future, losing the capacity for the enjoyment of life in the past and indefinitely into the future, loss of earnings and loss of ability to earn money, incurring medical and hospital bills for her care and treatment in the past and into the indefinite future; all in an amount exceeding Fifteen Thousand Dollars ($15,000.00), against the Defendant.

**WHEREFORE**, Plaintiff, ELLEN WILLIAMS, demands judgment for damages and costs, in an amount exceeding Fifteen Thousand Dollars ($15,000.00), against Defendant, HOLIDAY CVS, L.L.C., plus the costs of court, and trial by jury.

I HEREBY CERTIFY that a copy of the above and foregoing has been furnished, by regular U.S. mail delivery and/or electronic mail, this 21st day of November, 2019 to Katherine Cody, Sedgwick Claims Management Services, PO Box 14448, Lexington, KY 40512.

Jonathan I. Rotstein, Esquire
Law Office of Rotstein & Shiffman, LLP
309 Oakridge Blvd., Suite B
Daytona Beach, FL 32118
Florida Bar No. 909580
(386) 252-5560 / (386) 238-6999 fax (lmb)
Primary: s.carter@rotstein-shiffman.com
Secondary: l.bonner@rotstein-shiffman.com
t.dallarosa@rotstein-shiffman.com
Attorney for Plaintiff