www.Rotstein-Shiffman.com



# THE LAW OFFICES OF
# ROTSTEIN & SHIFFMAN

JONATHAN I. ROTSTEIN
MICHAEL A. SHIFFMAN
DAVID A. BROWN
STEPHANIE N. SWEET
VICTOR T. SMITH
SLADE C. SERMOS
GARRETT J. STRAHL
RALPH CHAVERS, III

JURISDICTION ADMITTED
**FLORIDA**

October 3, 2019

**Via Certified Mail:**
91 7199 9991 7039 3049 9776

Katherine Cody
Sedgwick Claims Management Services
PO Box 14448
Lexington, KY 40512

RE:   Our Client:    Ellen Williams
      Vs.:           CVS
      D/I:           09/05/18
      Our File No.:  18-5690 Prem Liab
      Insured:       Holiday CVS, LLC
      Claim NO.:     30180916458-0001

**Sidebar:** Automobile Accidents · Wrongful Death Cases · Slip And Fall Accidents / Premise Liability · Dog Bites / Animal Attacks · Social Security & Disability Cases · Workers Compensation Cases · Business Law · Criminal Defense Law

Dear Ms. Cody:

In an attempt to resolve this matter in which our client, Barbara Williams incurred injuries as a result of a trip and fall that occurred on your insured's premises on September 5, 2018. I am enclosing photocopies of all of the medical reports, medical expenses and incidental expenses incurred by regarding this incident. I am sending this demand package to you in the hope that we may resolve this matter prior to both parties incurring further unnecessary litigation expense.

## FACTS

On September 5, 2018, Ellen Williams was at CVS located at 11938 US-19 in Port Richey, in the County of Pasco, in the State of Florida. Ellen Williams was a customer of the CVS lawfully upon their premises as a business invitee. While shopping, Ellen Williams decided to venture down the greeting card aisle. Unbeknownst to her, there was an unsecured large metal rack that was holding a display of champagne bottles. As she bent down to look at some greeting cards, she lost her balance and fell backwards hitting the champagne rack on her way down. As Ellen Williams came crashing down to the hard floor, a champagne bottle fell off of the top of the rack and slammed into the top

BEST IMAGE POSSIBLE

of her head. Ellen Williams suffered a severe laceration to the top of her head, requiring 8 stitches, as well as a concussion.

*(See Photos attached hereto as "Exhibit 1".)*

## LIABILITY

Under Florida premises liability law, (FL Statute 768) a landowner or business must keep their property in a *reasonably safe condition* for customers and its guests. If the owner or manager knows or should know that some part of the property is not safe, the problem must quickly be corrected.

Here, the Holiday CVS, LLC, its management, contractors, agents and/or employees failed to maintain its premises in a reasonably safe condition, failed to inspect the premises in a timely fashion, failed to correct the condition of which they knew of or should have known by the use of reasonable care, and failed to warn of the dangerous condition to those he/she owed such duty. There was no warning, verbal, written or the placement of a visual aid such as a sign or cone, to inform invited customers of a dangerous situation.

Furthermore, Holiday CVS, LLC, its management, agents, contractors and/or employees knew or should have known of the dangerous and defective condition existing. Likewise, it failed to take every reasonable precaution to ensure Ms. Williams' safety by failing to warn of the hidden dangers existing upon the property. Again, it owed a continuing duty to inspect the property, identify dangerous conditions, and either correct or repair them or, at the very least, post warnings as appropriate.

Ultimately, Holiday CVS, LLC, its management, agents, employees and those it contracts business with knew or should have known that a dangerous condition existed.

## DAMAGES

Immediately following the accident, due to the large laceration on the top of her head, Ellen Williams reported to Regional Medical Center Bayonet Point on September 5, 2018. Her chief complaints were a laceration to the head, and head and neck pain.

The attending emergency physician Dr. Rajeev Chapalamadugu, MD, performed an initial evaluation. She was complaining of a headache and neck pain. There was a laceration to the face/scalp area. Dr. Chapalamadugu ordered Ms. Williams for diagnostic imaging of her cervical spine and brain. The impressions came back unremarkable.

Ellen Williams then had a laceration procedure performed. The wound length of the forehead/scalp laceration was 3.5 cm. Lidocaine 1% with epi 3 mL was used as a local anesthesia. 7 total sutures were placed along the face and hairline area. Ms. Williams tolerated the procedure well. She was advised to follow up with her primary care physician in the next 1 to 2 days for a recheck of the wound. Sutures need to be removed in 6 days. Dr. Chapalamadugu diagnosed Ms. Williams with a facial/scalp laceration, and a cervical spine neck sprain with a scalp contusion. Ellen Williams was given patient education materials and discharged in stable condition.

Ellen Williams returned to Regional Medical Center Bayonet Point on September 6, 2018. Her chief complaint was a headache. She was also experiencing nausea with vomiting. The attending emergency physician Dr. Shital-Hiten Upadhyay, MD, performed an examination. There was mild tenderness over the cervical spine with palpation. The right upper scalp/forehead area had a sutured laceration with mild swelling noted on forehead area just below laceration. Dr. Upadhyay ordered Ms. Williams for a CT of her brain w/o contrast.

Dr. Upadhyay advised Ms. Williams to follow up with her primary care physician this week. He advised her that she may be experiencing signs of a concussion and if indicated her primary doctor may refer her to a neurologist. She was prescribed Zofran for nausea. Ellen Williams requested Motrin instead of Toradol for pain. Ellen Williams was given patient education materials and discharged in stable condition.

*(See, Medical Records from Regional Medical Center Bayonet Point, attached hereto as Exhibit "2")*

Ellen Williams presented to Gulf Coast Medical Center for a follow up with her primary care physician Dr. Ritchie Plummer, DO, on September 10, 2018. Her chief complaint was a laceration to the forehead/scalp area and a headache. She was also

experiencing acute upper thoracic back pain. Pain was located at the point where she hit her back on the store shelving. Upon inspection, Dr. Plummer noted that there was a laceration to the scalp on the right side of the forehead. Ellen Williams was advised to return for a follow up in a few days to have the stitches in her laceration removed.

On September 14, 2019, Ellen Williams returned to Gulf Coast Medical Center to have her stitches removed with her primary care physician. Dr. Steven Strobbe, DO, performed an examination which revealed that the atraumatic laceration to the scalp was healing. All of the stitches were removed from the forehead/scalp laceration without incident.

*(See, Medical Records from Gulf Coast Medical Center, attached hereto as Exhibit "3")*

## SPECIAL DAMAGES

As a result of the accident, Ellen Williams, incurred the following known medical expenses:

| Provider | Date of Service | Charges |
|---|---|---|
| Regional Medical Center Bayonet Point | 09/05/18, 09/06/18 | $37,420.13 |
| Wind River Emergency Physicians, LLC | 09/05/18, 09/06/18 | $4,719.00 |
| Radiology Physicians of West Florida, LLC | 09/05/18, 09/06/18 | $1,053.00 |
| Gulf Coast Medical Center | 09/10/18, 09/14/18 | $333.00 |
| | Total: | $43,525.13 |

Out of the total expense of $43,525.13, there is still an outstanding balance of $854.26 that remains unpaid. There have been insurance payments in regards to debt owed from medical expenses. The remaining balances are as follows:

| Provider | Date of Service | Charges |
|---|---|---|

BEST IMAGE POSSIBLE

| | | |
|---|---|---|
| Regional Medical Center Bayonet Point | 09/05/18, 09/06/18 | $699.70 |
| Gulf Coast Medical Center | 09/10/18, 09/14/18 | $184.56 |
| | Total: | $854.26 |

*(See Itemized Billing Statement, attached hereto as Exhibit "4".)*

## COLLATERAL SOURCES

The Rawlings Company, on behalf of Ambetter from Sunshine Health, has made payments in the amount of $2615.72 towards medical treatment for injuries from this accident.

*(See Collateral Sources, attached hereto as Exhibit "5".)*

## ELLEN WILLIAMS' LIFE EXPECTANCY

According to the pamphlet promulgated by the National Vital Statistics Reports, Ellen Williams, whose date of birth is September 11, 1955, and who is presently 64 years of age, has a further life expectancy of 20.2 years. This means that Ms. Williams will have to live with the pain and suffering caused by this accident for the remainder of more than 84.2 years of life.

*(See, National Vital Statistics Reports. Vol. 66, No. 6 November 27, 2017, attached hereto as "Exhibit 6").*

## DEMAND

The facts of this case are quite clear. As a direct and proximate result of Holiday CVS, LLC's negligence, my client suffered severe personal injuries, medical expenses, and pain and suffering. Thus, I hereby demand the amount of One-Hundred Thousand Dollars and 00/100 ($100,000.00) to amicably settle this case. I hope that we may resolve this matter prior to both parties incurring further unnecessary litigation expense.

BEST IMAGE POSSIBLE

After you have had an opportunity to review the attached medical specials and other information regarding Ellen Williams please call me so that we can discuss the terms of settlement. I believe that you will agree with me that this claim should be settled as expeditiously as is practicable.

Sincerely yours,

Jonathan I. Rotstein, Esquire
Law Office of Rotstein & Shiffman, LLP

JIR/mo